KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

TIMOTHY J. LUCEY (CSBN 172332)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7152
Facsimile: (415) 436-7234

Attorneys for the United States of America

**FILED**
JUL 2 7 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05 - 0143 MHP |
| Plaintiff, ) | [~~PROPOSED~~] SPEEDY TRIAL ORDER |
| v. ) | |
| HENRY PHAM, ) | |
| Defendant. ) | |

WHEREAS, the parties are currently scheduled for a hearing on Monday, July 25, 2005, at 10:00 a.m., as to the status of the request for the purposed, among other reasons, for evaluation of defendant HENRY PHAM's eligibility for the Court's pre-trial diversion program;

WHEREAS, Pre-Trial Services is completing its evaluation but such evaluation is not yet complete;

WHEREAS, the government will need to evaluate and analyze Pre-Trial Services' report and thereafter complete a diversion agreement with the defendant;

THEREFORE, the parties mutually propose that this matter be continued and time remained tolled under the Speedy Trial Clock for the purposes of the evaluation and determination of approving Mr. Pham's request for pre-trial diversion, such that the matter will

[PROPOSED] SPEEDY TRIAL ORDER

next called on **Monday, August 8, 2005, at 10:00 a.m.**, before this Court, with time continuing to be excluded on the grounds of both the evaluation of Mr. Pham's amenability and suitability for pre-trial diversion and deferral of prosecution, pursuant to 18 U.S.C. § 3161(h)(2), and further that the grant of such a continuance will assist in the effective preparation of counsel and is in the interest of justice, such that the ends of justice served by the grant of the continuance outweigh the best interest of the public and the defendant in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(8).

**IT IS SO STIPULATED.**

TAMBURELLO & HANLON LLP

_/s/ Tony Tamburello_

TONY TAMBURELLO
for Defendant Henry Pham

KEVIN V. RYAN
United States Attorney

_/s/ Timothy Lucey_

TIMOTHY LUCEY
Assistant United States Attorney

**IT IS SO ORDERED.**

Dated: July 26, 2005

_/s/ Marilyn Hall Patel_

HONORABLE MARILYN HALL PATEL
United States District Court

[PROPOSED] SPEEDY TRIAL ORDER