1 | SCOTT N. SCHOOLS (SC 9990)
United States Attorney

2

3 | MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

4 | TIMOTHY J. LUCEY (CSBN 172332)
Assistant United States Attorney

5

6 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7152

7 | Facsimile: (415) 436-7234

8 | Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. 05 - 0143 MHP |
|---|---|---|
| Plaintiff, | ) | |
| | ) | NOTICE OF DISMISSAL |
| v. | ) | |
| HENRY PHAM, | ) | (San Francisco Venue) |
| Defendants. | ) | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a) as well as the defendant's completion of and compliance with the terms of his diversion agreement with the United States, the United States Attorney for the Northern District of California hereby dismisses the above indictment against defendant HENRY PHAM with prejudice and moves that the Court quash any arrest warrant issued in connection with the indictment in this case.

DATED: June 25, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

MARK L. KROTOSKI
Chief, Criminal Division

NOTICE OF DISMISSAL (CR 04 - 0293 MHP)

## ORDER

Leave is granted to the government to dismiss the indictment against defendant HENRY PHAM with prejudice. It is further ordered that the arrest warrant issued in connection with the indictment against defendant PHAM is quashed.

Date: 8/31/07

HON. MARILYN HALL PATEL
United States District Court