HENRY PHAM
1060 CAROLAN AVENUE APT. 208
BURLINGAME, CA 94010
PHONE: (415)624-6518
EMAIL: henry_p24@hotmail.com

**FILED**

NOV - 6 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO.  CR 05-0143 MHP |
| | ) | |
| Plaintiff, | ) | **ORDER PURSUANT TO STIPULATION** |
| | ) | **RETURNING HENRY PHAM'S** |
| v. | ) | **PASSPORT** |
| | ) | |
| HENRY PHAM, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

With the DIMISSAL of Henry Pham's indictment it is hereby ordered that the clerk of the court may return Henry Pham's passport to him.

RE:   REQUEST FOR PASSPORT RELEASE

Date: October 1, 2007

_____
HONORABLE JUDGE MARILYN PATEL
JUDGE FEDERAL DISTRICT COURT

**IT IS SO STIPULATED.**

Date: October 29th, 2007

_____
HENRY PHAM
DEFENDANT